| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for TOWNE MORTGAGE COMPANY<br>R.A. LEBRON, ESQ.<br>TWN002<br>bankruptcy@feinsuch.com | |
| In Re:<br><br>JAMES LATORRACA<br><br> Debtor(s). | Case No.: 19-26829 MBK<br><br>Chapter: 13<br><br>Judge: Honorable Michael B. Kaplan, Chief Judge |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>TOWNE MORTGAGE COMPANY</u>. This party is a party in interest in this case and is a secured creditor.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

        ADDRESS:        FEIN, SUCH, KAHN & SHEPARD, P.C.
                              Counsellors at Law
                              7 Century Drive - Suite 201
                              Parsippany, New Jersey 07054

        DOCUMENTS:

        ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

        ☒ All documents and pleadings of any nature.

                                      **FEIN, SUCH, KAHN & SHEPARD, P.C.**
                                      Attorneys for TOWNE MORTGAGE COMPANY

Dated: <u>October 28, 2020</u>        By:<u>/s/ R.A. Lebron, Esq.</u>
                                          R.A. LEBRON, ESQ.

Case No.:  19-26829 MBK