UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for TOWNE MORTGAGE COMPANY<br>R.A. LEBRON, ESQ.<br>XTWNJ001<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>JAMES LATORRACA<br><br> Debtor(s). | Case No.:   19-26829 MBK<br><br>Chapter:   13<br><br>Judge:  Honorable Michael B. Kaplan, Chief Judge |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>TOWNE MORTGAGE COMPANY</u>. This party is a party in interest in this case pursuant to a mortgage dated April 30, 2018 and recorded in the Office of the OCEAN County Clerk/Register on May 31, 2018 in Mortgage Book 17130, Page 1489, and is a secured creditor.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

        ADDRESS:        FEIN, SUCH, KAHN & SHEPARD, P.C.
                            Counsellors at Law
                            7 Century Drive - Suite 201
                            Parsippany, New Jersey 07054

        DOCUMENTS:

        ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

        ☒ All documents and pleadings of any nature.

                                          **FEIN, SUCH, KAHN & SHEPARD, P.C.**
                                          Attorneys for TOWNE MORTGAGE COMPANY

Dated: <u>November 13, 2020</u>        By:<u>/s/ R.A. Lebron, Esq.</u>
                                                  R.A. LEBRON, ESQ.

Case No.:   19-26829 MBK