| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-26829 / MBK**

James Latorraca

Petition Filed Date: 08/30/2019
341 Hearing Date: 09/26/2019
Confirmation Date: 10/23/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2020 | $860.00 | 65195600 | 03/02/2020 | $860.00 | 66029830 | 04/29/2020 | $860.00 | 67464030 |
| 05/26/2020 | $860.00 | 68095300 | 10/06/2020 | $860.00 | 71415440 | 11/16/2020 | $860.00 | 72327850 |
| 12/14/2020 | $860.00 | 73019260 | 01/20/2021 | $860.00 | 73920750 | | | |

**Total Receipts for the Period: $6,880.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $9,658.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | James Latorraca | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,610.00 | $3,610.00 | $0.00 |
| 1 | FORD MOTOR CREDIT COMPANY<br>»» 2016 FORD FUSION/SV 10/23/19/DEF BAL | Unsecured Creditors | $11,015.75 | $0.00 | $11,015.75 |
| 2 | SANTANDER BANK, NA | Unsecured Creditors | $5,918.41 | $0.00 | $5,918.41 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,757.48 | $0.00 | $5,757.48 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,133.68 | $0.00 | $2,133.68 |
| 5 | QUICKEN LOANS INC<br>»» NP/117 MARLIN ROAD/1ST MTG/ORDER 11/19/2019 | Mortgage Arrears | $464.67 | $81.42 | $383.25 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BAYSHORE COMMUNITY HOSPITAL | Unsecured Creditors | $239.58 | $0.00 | $239.58 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BAYSHORE COMMUNITY HOSPITAL | Unsecured Creditors | $194.48 | $0.00 | $194.48 |
| 8 | DIRECTV, LLC BY AMERICAN INFOSOURCE LP AS AGENT | Unsecured Creditors | $854.07 | $0.00 | $854.07 |
| 9 | Towne Mortgage Company<br>»» P/1754 INWOOD PLACE/ST MRTG/ORDER 11/19/2019 | Mortgage Arrears | $25,632.56 | $4,491.43 | $21,141.13 |
| 10 | CITIBANK, N.A.<br>»» THD | Unsecured Creditors | $1,382.73 | $0.00 | $1,382.73 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE/UP OTHER | Unsecured Creditors | $1,436.67 | $0.00 | $1,436.67 |

**Chapter 13 Case No. 19-26829 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,658.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $8,182.85 | Current Monthly Payment: | $860.00 |
| Paid to Trustee: | $667.61 | Arrearages: | $5,160.00 |
| Funds on Hand: | $807.54 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**