

2170 E. Big Beaver Rd., Suite A
Troy, Michigan 48083
Tel: (800) 979-9977
Fax: (248) 528-7220
www.townemortgage.com

US Bankruptcy Court
Bankruptcy Court of New Jersey Trenton
402 East State Street
Trenton, NJ 08608

**FILED**
JEANNE A. NAUGHTON, CLERK
MAR 22 2021
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

RE: Change of Payment Address for Towne Mortgage Company James Latorraca – Case #19-26829

To Whom It May Concern:

Please update the address for all loans for Towne Mortgage Company as our location as changed.

<u>OLD PAYMENT ADDRESS</u>
P.O. Box 7054
Troy, MI 48007

<u>NEW PAYMENT ADDRESS</u>
P.O. Box 33662
Detroit, MI 48232-5662

If you have any questions or concerns, please let me know.

Sincerely,

*Joy Baum*

Joy Baum
Bankruptcy Specialist
(248) 528-7299

EQUAL HOUSING LENDER
NMLS ID# 3028

Page 1 of 2

ORIGIN ID:DETA    (248) 528-7302
SAMANTHA GARCIA
TOWNE MORTGAGE COMPANY
2170 E BIG BEAVER RD
SUITE A
TROY, MI 48083
UNITED STATES US

SHIP DATE: 15MAR21
ACTWGT: 1.00 LB
CAD: 5863653/INET4340

BILL SENDER

TO **BANKRUPTCY COURT OF NEW JERSEY TREN**
**US BANKRUPTCY COURT**
**402 EAST STATE STREET**

**TRENTON NJ 08608**
(000) 000-0000        REF: 0500
INV:
PO:                   DEPT:



FedEx Express

E

THU - 18 MAR 4:30P
EXPRESS SAVER

TRK# 7731 5892 6410
0201

**SA TTNA**    08608
              NJ-US EWR

RT TH
FZ

369  1  C
16:30  6410
       03.18

410
3.17