IN RE: James LaToRRACA

Debtor(s)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.: 19-26829

Hearing Date: _____

Judge: MBK

## CERTIFICATION OF DEBTOR(S) IN SUPPORT OF
## COVID-19 CHAPTER 13 PLAN MODIFICATION

I[We], JAMES LATORRACA am [are] the debtor[s] in the above-captioned Ch. 13 case and make this Certification under penalty of perjury in support of the COVID-19 Chapter 13 Plan Modification filed separately on the docket on 5/21/2021.

1) The Chapter 13 plan was originally confirmed by order entered on 10/23/2019

2) I was current with plan payments through 1/31/2020.

3) I was current with post-petition mortgage payments through MARCH 2021 on property located at 1754 Inwood Place Forked River NJ 08731.

[If not applicable, skip] [if more than 1 property add additional lines]

   a) The mortgage payments referred to above are ☐ contractual payments ☑ adequate protection payments. [Check one]

   b) I am current with post-petition real estate taxes on the property located at
   _____
   ☑ YES ☐ NO

   c) I have current liability insurance on the property and can provide proof thereof.
   ☑ YES ☐ NO

4) If the confirmed plan includes a cram down on a mortgage, then answer the following:

   a) I am current with post-petition real estate taxes on the property located at
   _____
   ☑ YES ☐ NO

   b) I have current liability insurance on the property and can provide proof thereof.
   ☑ YES ☐ NO

5) I was current with post-petition auto payments through _____ on the following automobile(s). [If not applicable, skip]

_____ CURRENT ON CAR PAYMENTS _____

6) The change in my household income previously reported on Schedule I is $ _1200.00_. My current household income is $ _4,500.00_. I have attached a current paystub or proof of the change in income to this certification. [Redact any personally identifiable information before docketing.] My current total household expenses are now $ _5,750.00_.

7) As a result of COVID-19 I have suffered a material financial hardship which has impacted me in the following way:

> I missed 3 mths work not getting paid to take care of my granddaughter

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: _4-21-21_     _____ Debtor Signature

Dated: _4-21-21_     _____ Debtor Signature