Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−26829−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Latorraca
   1754 Inwood Place
   Forked River, NJ 08731

Social Security No.:
   xxx−xx−8107

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/25/21 at 09:00 AM

to consider and act upon the following:

58 − Creditor's Certification of Default (related document:41 Motion for Relief from Stay re: 1754 INWOOD PLACE, LACEY, NJ 08731. Fee Amount $ 188. filed by Creditor Towne Mortgage Company) filed by R. A. Lebron on behalf of TOWNE MORTGAGE COMPANY. Objection deadline is 07/27/2021. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Lebron, R.)

Dated: 7/27/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court