| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Movant<br>TOWNE MORTGAGE COMPANY<br>R.A. LEBRON, ESQ.<br>XTWNJ001<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>JAMES LATORRACA<br><br>Debtor(s). | Case No.:  19-26829 MBK<br><br>Chapter:  13<br><br>Hearing Date:  September 22, 2021<br><br>Judge:  Honorable Michael B. Kaplan, Chief Judge |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled.    ☐ Withdrawn.

Matter: <u>Creditor's Certification of Default re: 1754 Inwood Place, Forked River, NJ 08731, Document Number 58.</u>

Date: September 21, 2021          /S/ R.A. LEBRON, ESQ.
                                  R.A. Lebron, Esq.