Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−26829−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Latorraca
   1754 Inwood Place
   Forked River, NJ 08731

Social Security No.:
   xxx−xx−8107

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       11/10/21
Time:       01:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
James J. Cerbone, Debtor's Attorney,

COMMISSION OR FEES
fee: $3875.00

EXPENSES
expenses: $

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 8, 2021
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
James Latorraca  
     Debtor

Case No. 19-26829-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Oct 08, 2021      Form ID: 137      Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Latorraca, 1754 Inwood Place, Forked River, NJ 08731-3925 |
| cr | + | CAB East LLC, serviced by Ford Motor Credit Compan, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | TOWNE MORTGAGE COMPANY, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518447679 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company, LLC, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 518481832 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518439433 | + | Phelan, Hallinan, & Diamond, 1617 JFK Boulevard Suite 1400, Philadelphia, PA 19103-1814 |
| 518439434 | + | Quicken Loans, PO Box 6577, Carol Stream, IL 60197-6577 |
| 519318270 | | Santander Bank, N.A., POB 847051, Boston, MA 02284-7051 |
| 518472345 | + | Santander Bank, N.A., 450 Penn Street, Mail Code 10-421-MC3, Reading, PA 19602-1011 |
| 519145560 | | Towne Mortgage Company, POB 33662, Detroit, MI 48232-5662 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 08 2021 20:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 08 2021 20:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518500241 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 08 2021 20:23:37 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518558722 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2021 20:23:29 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518530605 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 08 2021 20:23:37 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518559177 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 08 2021 20:23:21 | Portfolio Recovery Associates, LLC, c/o Up Other, POB 41067, Norfolk VA 23541 |
| 518502686 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 08 2021 20:17:00 | QUICKEN LOANS INC., QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518525897 | | Email/Text: bnc-quantum@quantum3group.com | Oct 08 2021 20:17:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518440847 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 08 2021 20:23:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518552899 | + | Email/Text: FC@townemortgage.com | Oct 08 2021 20:17:00 | TOWNE MORTGAGE COMPANY, TOWNE MORTGAGE COMPANY, 2170 E. BIG |

| Recip ID | | | |
|---|---|---|---|
| 518439435 | + Email/Text: FC@townemortgage.com  Oct 08 2021 20:17:00 | | Towne Mortgage Company, 2170E Big Beaver Road Ste A, Troy, MI 48083-2375 BEAVER RD., TROY MI 48083-2375 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518481873 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor James Latorraca cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor CAB East LLC serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Nicholas V. Rogers | on behalf of Creditor QUICKEN LOANS INC. nj.bkecf@fedphe.com |
| R. A. Lebron | on behalf of Creditor TOWNE MORTGAGE COMPANY bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor Towne Mortgage Company bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9