| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | Order Filed on December 21, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>James Latorraca<br><br><br><br>Debtor(s) | Case No.: 19-26829 / MBK<br><br>Chapter 13<br><br>Hearing Date: 12/21/21 at 9:00 AM<br><br>Judge: Michael B. Kaplan |

## CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 21, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 1 of 2

rev. 5/8/2017

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-26829-MBK
James Latorraca  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 21, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + James Latorraca, 1754 Inwood Place, Forked River, NJ 08731-3925 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor James Latorraca cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor CAB East LLC  serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Dec 21, 2021 | Form ID: pdf903 | Total Noticed: 1

        mortoncraigecf@gmail.com

Nicholas V. Rogers
        on behalf of Creditor QUICKEN LOANS INC. nj.bkecf@fedphe.com

R. A. Lebron
        on behalf of Creditor TOWNE MORTGAGE COMPANY bankruptcy@fskslaw.com

R. A. Lebron
        on behalf of Creditor Towne Mortgage Company bankruptcy@fskslaw.com

Tammy L. Terrell
        on behalf of Creditor TOWNE MORTGAGE COMPANY bankruptcy@fskslaw.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11